HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA MCQUEEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, a foreign insurance company; licensed to conduct business in the State of Washington,<br><br>Defendant. | NO. 2:26-cv-02461-TSZ<br><br>**STIPULATED ORDER FOR FRCP 35 EXAMINATION** |

**ORDER**

THIS MATTER, having come on before the undersigned Judge of the above-entitled Court upon the stipulation of the parties hereto regarding their agreement for a FRCP 35 examination, and said parties requesting that this order be entered specifying the time, place, manner, conditions, and scope of said examination, and the Court finding that good cause exists for an examination in respect to the physical condition of the Plaintiff, Lisa McQueen, which is in controversy, as stipulated to above,



GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, STE. 600
SEATTLE, WASHINGTON 98121
(206) 448-1992
FACSIMILE (206) 448-4640

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The examination of Lisa McQueen shall take place on Tuesday, January 12, 2027, at 11:00 a.m., at the following location:

   Fry Management Services
   Evergreen Plaza Building
   711 Capitol Way S., Ste. 101
   Olympia, WA 98501

2. The Examiner shall be Carolyn Yang, M.D.

3. The examination shall last no more than two (2) hours and shall consist of a physical examination.

4. The examination shall be the sole FRCP 35 compulsory physical examination for the plaintiff by an Orthopedic Surgeon, except as agreed by the parties or ordered by the court.

5. Plaintiff shall have the right to have a family member or personal friend ("representative") present at the examination. The representative may take notes but shall not record videotape and/or audiotape of the proceedings. Any videotaping or audio recording must be through a professional third-party vendor and at the cost of the requesting party. Said representative shall not interfere with nor obstruct the examination.

6. If the Examiner will request or require Plaintiff to complete any questionnaires or other forms (including pain diagrams) those will be provided at least five business days before the exam is to commence by faxing or emailing such forms to the undersigned attorney for plaintiff at 206-448-4640 or to cwebster@glpattorneys.com. Plaintiff will not be required to complete any paperwork on the day of the exam.

7. No questions shall be asked of the Plaintiff by the Examiner or staff related to negligence or legal liability. This restriction does not limit inquiry into the physical dynamics of any alleged injury occurrence relevant to the Plaintiff's present condition or the Plaintiff's physical capacities.

8. No invasive tests nor imaging shall be done.

9. The Examiner shall not inquire, report upon, or testify as to the mental or psychological issues or conditions of the Plaintiff.

10. Examiner shall make a written report of the exam; the attorney for the defendant shall cause a copy of the report, and the Examiner's Curriculum Vitae to be delivered to plaintiff's



**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, STE. 600**
**SEATTLE, WASHINGTON 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**

counsel no later than within 30 days of the exam, and at least within 3 business days of defense counsel's receipt of the written report. Counsel for defendant shall send a copy of the report, together with a list of the facts or data considered by the witness in forming their opinions, to plaintiff's counsel within 3 business days after receipt by defense counsel; an electronic copy of the examiner's report shall also be emailed to Plaintiff's counsel. Plaintiff may call the examiner as a witness at trial. The examiner is not disqualified from acting as a Fed. R. Civ. P. 26(a)(2) expert for Defendant.

11. The examiner shall retain all materials required by the Federal Rules of Civil Procedure and nothing in this Order shall waive any attorney-client or other privilege held by Plaintiff. Said documentary materials shall be brought by the examiner to her deposition, should Plaintiff elect to depose them and elect to issue a subpoena duces tecum for production of documents.

12. After the delivery of the report, Plaintiff shall have the right to take the discovery deposition of the Examiner, unless Defendant designates the Examiner as a non-testifying expert who will not be called to testify at trial. If Defendant so designates the Examiner, the facts known and opinions held by the Examiner shall be protected from discovery under Fed. R. Civ. P. 26(b)(4)(D), except as provided in Fed. R. Civ. P. 35(b) or upon a showing of exceptional circumstances under which it is impracticable for Plaintiff to obtain facts or opinions on the same subject by other means. Defendant shall make this designation within 60 days of the delivery of the report. If the Examiner is not designated, Defendant shall make the Examiner available for deposition pursuant to the case management schedule.

13. If the Examiner is deposed by Plaintiff's counsel it shall take place by zoom and Plaintiff will not be responsible for Examiner's travel time or preparation time.

14. The Examiner shall not charge the Plaintiff more for a deposition than they would charge the Defendant. If there is a dispute on the reasonable hourly rate for the Examiner's deposition, Plaintiff reserves the right to bring forth a Motion to the Court to address the issue.

15. The parties anticipate that the examiner will agree to accept and honor a Notice of Deposition and Subpoena Duces Tecum by mail and/or facsimile.

16. Other than a chaperone, who will be utilized at the sole discretion of the Examiner, no person other than the Examiner shall participate in any way in the examination. Defense counsel or representative thereof shall not attend the examination.
17. A copy of the Stipulation shall be given to the Examiner before the examination. DEFENDANT'S ATTORNEY SHALL BE RESPONSIBLE TO SEE THAT THE EXAMINER IS APPRISED OF THE LIMITATIONS HEREIN.



**GLP ATTORNEYS, P.S., INC.**
**ATTORNEYS AT LAW**
**2601 FOURTH AVENUE, STE. 600**
**SEATTLE, WASHINGTON 98121**
**(206) 448-1992**
**FACSIMILE (206) 448-4640**

18. Records to be reviewed by Examiner shall be provided by defense counsel pursuant to the Federal Rules of Civil Procedure.

19. The terms and conditions of this Stipulation and Order shall apply to the above-captioned matter and the above-referenced FRCP 35 examination only. Counsel and the above-named Examiner shall not be bound by these terms and conditions in any other matter.

DATED this 3rd day of November, 2026.

Thomas S. Zilly
United States District Judge

Presented by:

GLP ATTORNEYS, P.S., INC.

Cydney Campbell Webster, WSBA #23140
GLP Attorneys, P.S., Inc.
2601 Fourth Ave, Floor 6
Seattle, WA 98121
Email: cwebster@glpattorneys.com
Phone: (206) 448-1992
Fax: (206) 448-4640

THE CHARTWELL LAW OFFICES, LLP

*/s/Elissa Boyd*

Sean W. Carney, WSBA #41200
Elissa Boyd, WSBA #50436
The Chartwell Law Office, LLP
7700 NE Parkway Drive, Ste. 215
Vancouver, WA 98662
Email: scarney@chartwelllaw.com
eboyd@chartwelllaw.com
Phone: (503) 886-8108
Fax: (503) 961-7864